UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER HARRIS,

                Plaintiff,

   v.

CITY OF SEATTLE, *et al.*,

                Defendants.

Case No. C24-048-BHS-SKV

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff is a former federal prisoner who is proceeding *pro se* in this civil rights action. The Court, having reviewed Plaintiff's application to proceed *in forma pauperis*, hereby finds and ORDERS as follows:

(1) Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or give security therefore. Accordingly, Plaintiff's application to proceed *in forma pauperis* (Dkt. 8) is GRANTED.

(2) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Benjamin H. Settle.

//

//

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

DATED this 5th day of March, 2024.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge